169 A.3d 972

DOROTHY PATTERSON, ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF JAMES PATTERSON, DECEASED, PLAINTIFF-RESPONDENT; v. CARE ONE AT MOORESTOWN, LLC, D/B/A CARE ONE AT MOORESTOWN; CARE ONE MANAGEMENT, LLC; HEALTHBRIDGE MANAGEMENT, LLC; DEFENDANTS-PETITIONERS, AND VIRTUA MEMORIAL HOSPITAL; VIRTUA MARLTON HOSPITAL; VIRTUA HEALTH, INC., DEFENDANTS-RESPONDENTS.

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004358–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.